## COURT OF APPEALS.

### June 21, 1912.

## THE PEOPLE ex rel. MARTIN F. HUBERT v. HARRY M. KAISER, WARDEN.

### (99 N. E. 197.)

APPEAL AND ERROR—AFFIDAVIT IN RECORD—PROFESSIONAL CONDUCT OF AT-
TORNEY—COUNTER AFFIDADIT.

Where a record on appeal contains statements made in an affidavit, reflecting upon the professional conduct of an attorney, such attorney may file an affidavit in denial thereof; but it will not be considered as a part of the case upon which a determination of the appeal is made.

CULLEN, C. J., dissenting:

HABEAS CORPUS by the People, on the relation of Martin F. Hubert, against Harry M. Kaiser, as warden and agent of Clinton Prison, to procure the discharge from such prison of Folke Engle Brandt. Application of Howard S. Gans, an attorney, for leave to file an affidavit. Granted. (See, also, 99 N. E. 195.)

PER CURIAM:

The application of Howard S. Gans, an attorney at law, for leave to file an affidavit, verified June 4, 1912, in denial of certain statements, made in an affidavit of Carl Fisher Hansen and forming part of this record, and alleged to reflect upon his professional conduct, is granted; but it is not to be considered as a part of the case upon which our determination of this appeal is to be made.

GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ., concur; CULLEN, C. J., dissents.

Application granted.